1  Michele R. Stafford, Esq. (SBN 172509)
   Shivani Nanda, Esq. (SBN 253891)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  snanda@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 F. G. CROSTHWAITE, et al.              Case No.: C13-2084 YGR

11           Plaintiffs,                  **NOTICE OF VOLUNTARY DISMISSAL;
                                          and ORDER OF DISMISSAL**
12       v.

13 A. RUIZ CONTRUCTION CO. & ASSOC.,
   INC., a California corporation,
14
             Defendant.
15

16

17       PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs OPERATING

18 ENGINEERS' HEALTH & WELFARE TRUST FUND, et al., voluntarily dismiss, without

19 prejudice, their claim against Defendant A. RUIZ CONTRUCTION CO. & ASSOC., INC., a

20 California corporation.  Defendant has neither served an answer nor moved for summary

21 judgment.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1   I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
2   entitled action, and that the foregoing is true of my own knowledge.
3   Executed this 14th day of August, 2013, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Michele R. Stafford
Attorneys for Plaintiffs

## ORDER

**IT IS SO ORDERED**.

This case is **DISMISSED WITHOUT PREJUDICE**.

Date: August 15, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

-2-