Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| F. G. CROSTHWAITE, et al. | Case No.: C13-2084 YGR |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL; and ORDER OF DISMISSAL** |
| v. | |
| A. RUIZ CONTRUCTION CO. & ASSOC., INC., a California corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs OPERATING ENGINEERS' HEALTH & WELFARE TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant A. RUIZ CONTRUCTION CO. & ASSOC., INC., a California corporation. Defendant has neither served an answer nor moved for summary judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 14th day of August, 2013, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By:  _____/S/_____
Michele R. Stafford
Attorneys for Plaintiffs

### ORDER

**IT IS SO ORDERED**.

This case is **DISMISSED WITHOUT PREJUDICE**.

Date: August 15, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**