1  Michele R. Stafford, Esq. (SBN 172509)
   Shivani Nanda, Esq. (SBN 253891)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  snanda@sjlawcorp.com

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>A. RUIZ CONTRUCTION CO. & ASSOC., INC., a California corporation,<br><br>Defendant. | Case No.:  C13-2084 YGR<br><br>**AMENDED NOTICE OF VOLUNTARY DISMISSAL** ; AND ORDER |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs OPERATING ENGINEERS' HEALTH & WELFARE TRUST FUND, et al., voluntarily dismiss, <u>with prejudice</u>, their claim against Defendant A. RUIZ CONTRUCTION CO. & ASSOC., INC., a California corporation.  By this Notice, Plaintiffs seek to amend their previous Notice of Voluntary Dismissal, filed August 14, 2013 (Docket No. 14), which erroneously indicated that the dismissal was without prejudice.  Defendant has neither served an answer nor moved for summary judgment.

/ / /

/ / /

/ / /

/ / /

1 | I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 26th day of August, 2013, at San Francisco, California.

> SALTZMAN & JOHNSON
> LAW CORPORATION
>
> By: _____/S/_____
> Shivani Nanda
> Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed with prejudice.

Date: September 4, 2013               _____
                                       UNITED STATES DISTRICT COURT JUDGE

-2-
NOTICE OF VOLUNTARY DISMISSAL AND ORDER  Case No.: C13-2084 YGR

P:\CLIENTS\OE3CL\A. Ruiz Construction\Pleadings\C13-2084 YGR - Amended Notice of Voluntary Dismissal 082613.docx