1  Michele R. Stafford, Esq. (SBN 172509)
   Shivani Nanda, Esq. (SBN 253891)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  snanda@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | F. G. CROSTHWAITE, et al.          | Case No.:  C13-2084 YGR

12 |            Plaintiffs,             | **AMENDED NOTICE OF VOLUNTARY DISMISSAL** ; AND ORDER

13 |            v.

14 | A. RUIZ CONTRUCTION CO. & ASSOC.,
   | INC., a California corporation,

15 |            Defendant.

16

17

18        PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs OPERATING

19 ENGINEERS' HEALTH & WELFARE TRUST FUND, et al., voluntarily dismiss, with

20 prejudice, their claim against Defendant A. RUIZ CONTRUCTION CO. & ASSOC., INC., a

21 California corporation.  By this Notice, Plaintiffs seek to amend their previous Notice of

22 Voluntary Dismissal, filed August 14, 2013 (Docket No. 14), which erroneously indicated that the

23 dismissal was without prejudice.  Defendant has neither served an answer nor moved for summary

24 judgment.

25 / / /

26 / / /

27 / / /

28 / / /

                                                          -1-
                                   NOTICE OF VOLUNTARY DISMISSAL
                                   AND ORDER  **Case No.: C13-2084 YGR**

1        I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-

2   entitled action, and that the foregoing is true of my own knowledge.

3        Executed this 26th day of August, 2013, at San Francisco, California.

4                                 SALTZMAN & JOHNSON
                              LAW CORPORATION

5

6                           By:             /S/
                            Shivani Nanda
                            Attorneys for Plaintiffs

7

8   IT IS SO ORDERED.

9        This case is dismissed with prejudice.

10

11   Date:  September 4, 2013

                              UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28